| | |
|---|---|
| 1 | Larry D. Webb Sbn 229344 |
| | Law Office Of Larry Webb |
| 2 | 484 Mobil; Suite 43 |
| | Camarillo, Ca 93010 |
| 3 | Phone 805 987 1400 |
| | Email Webblaw@gmail.com |
| 4 | Attorney for Plaintiff |

**FILED & ENTERED**

JUN 18 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: Michael A. Hershman | Chapter 7 |
| | Case No:9:20-bk-10254-MB |
| Debtor | |
| In re: Linda J. Hershman | Adversary Case No: 9:20-ap-01033-MB |
| | |
| | [proposed] |
| Joint Debtor | ORDER ON STIPULATION TO CONTINUE |
| | DATES TO RESPOND TO ADVERSARY |
| | COMPLAINT AND STATUS CONFERENCE |
| | |
| Castle Real Estate Investments, LLC | STATUS CONFERENCE |
| | Date: 08-26-2020 |
| | Time: 2:30PM |
| PLAINTIFF | Dept: 201 |
| vs. | |
| Michael A. Hershman | |
| Linda J. Hershman | |
| DEFENDANT[S] | |

    Plaintiff Castle Real Estate Investments, LLC and Defendants Michael A. Hershman and Linda J. Hershman lodged with the Court their stipulation to continue the defendant's response date and the status conference to allow for time for defendants to obtain counsel and respond to the complaint.

Page 1

The Court having considered the stipulation and good cause appearing, finds and directs as follows:

IT IS ORDERED THAT:

1. The date for Defendant to respond to the complaint is continued to July 20, 2020.

2. The status conference is continued to August 26, 2020 at 2:30 PM.

# # #

Date: June 18, 2020

Martin R Barash
United States Bankruptcy Judge