Larry D. Webb Sbn 229344
Law Office Of Larry Webb
484 Mobil; Suite 43
Camarillo, Ca 93010
Phone 805 987 1400
Email Webblaw@GMAIL.COM
Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN

| | |
|---|---|
| In re:<br>Michael A. Hershman<br><br>                        Debtors<br>Linda J. Hershman<br><br>                      Joint Debtor | Chapter 7:<br>Case No: 9:20-bk-10254-MB<br><br>Adversary Case No: 9:20-ap-01033-MB<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND ORDER |
| Castle Real Estate Investments, LLC<br><br>                      PLAINTFF<br>vs.<br><br>Michael A. Hershman<br>                      Defendant<br>Linda J. Hershman<br>                      Defendant | STATUS CONFERENCE<br>Date: 9-23-2021<br>Time: 2:30 PM<br>Dept: 201 |

**TO THE HONORABLE MARTIN R. BARASH, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES**

Plaintiff Castle Real Estate Investments LLC and Defendants Michael A. Hershman and Linda J. Hershman stipulate to settlement of the above captioned action the terms stated herein.

The parties jointly stipulate and agree that Plaintiff Castle Real Estate Investments LLC shall dismiss with prejudice defendant Linda J. Hershman.

The parties jointly stipulate that the actual injury sustained by the Plaintiff due to the actions and inactions of Defendant is $200,000.00. It also agreed that said injury was caused in such a manner as to be non-dischargeable under Section 523 of Title 11 of the United States Code.

The parties jointly stipulate that judgment in the amount of $200,000.00 shall be entered against Defendant Michael A. Hershman and in favor of Plaintiff, provided however that if the following payment of $22,000.00 is made as set forth below, the judgment shall be reduced to $22,000.00 and judgment is satisfied in full upon completion of the payment schedule.

The parties hereto jointly stipulate and agree that Defendant Michael A. Hershman shall pay Plaintiff, as follows.

(1) On or before each of January 1, April 1, July 1 and October 1 of 2022, the sum of $1,000 (total calendar year payments $4,000)

(2) On or before each of January 1, April 1, July 1, and October 1 of 2023, 2024, and 2025, the sum of $1,500 (total of payments for each calendar year $6,000, total for three years $18,000)

TOTAL PAYMENTS $22,000.

---

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER

2

Payments to be made by Michael A. Hershman directly to Michelle Halliwell, 1620 Strandway Court Westlake Village CA 91361via electronic transfer (Zelle, wire, other form of e payment). Michael A. Hershman shall send email notification with certification of his address to Michelle Halliwell upon sending. Michelle Halliwell to notify Michael A. Hershman via email within three [3] days of receipt. Parties to use best faith in this regard to work out precise payment logistics.

Michael A. Hershman has the right to prepay all quarterly obligations under the payment plan. Prepayment only modifies the end of the quarterly payment schedule. Hershman has 30 days from the due date to cure payment defaults should they occur. Failure to cure within 30 days of the due date establishes the full judgment as due and payable. Only upon default Halliwell may record the judgment with the County Recorder.

Satisfaction of judgment. Upon completion of all payments by Hershman, Halliwell shall, pursuant to California Law, enter a satisfaction of judgement.

The Parties agree that pursuant to California Evidence code 1152 and Federal rules of Evidence 408, settlement discussions are confidential.

Michael A. Hershman is to provide a letters of apology to Michelle Halliwell and her daughter Rachel for the harm which has occurred. The apology shall state he is sorry his actions caused the loss of something of value that did not belong to him and hurt Michelle Halliwell's future ability to provide food, shelter and healthcare for herself, her family and daughter.

The parties also agree that the judgment entered pursuant to this stipulation shall be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2).

The parties also agree that the order and judgment to be entered pursuant to

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER
3

this stipulation shall constitute a final judgment and order in this matter.

The parties also agree that the Court shall retain Jurisdiction for enforcement of this settlement agreement.

The parties further stipulate and agree that the entry of the judgment and order shall constitute a full, complete, and final settlement of this action.

The Defendants Michael A. Hershman and Linda J. Hershman acknowledge they had the opportunity to have this stipulation reviewed by independent counsel and either had independent review or hereby waive independent review.

The parties further stipulate and agree that this stipulation and agreement may be signed in counter parts.

DEFENDANTS

Date  8/30/21

_____
Michael A. Hershman
Defendant


Date  8/30/21

_____
Linda J. Hershman
Defendant

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER

4

PLAINTIFF

Date 8-23-2021



Michelle Halliwell
Sole Member and CEO
Castle Real Estate Investments LLC
Plaintiff

Date 8-30-2021

Larry Webb
Attorney for Plaintiff
Castle Real Estate Investments, LLC

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER
5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Larry Webb, 484 Mobil ste 43, Camarillo Ca 93010

A true and correct copy of the foregoing document entitled (*specify* CAPTION PAGE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/30/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James K Cameron    jkcameronlaw@gmail.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/30/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Linda J. Hershman | ~~Honorable Martin R. Barash~~ | Michael A. Hershman |
| 3063 Los Robles Road | ~~Suite 342 / Courtroom 303~~ | 3063 Los Robles Road |
| Thousand Oaks, CA 91362 | ~~21041 Burbank Blvd~~ | Thousand Oaks, CA 91362 |
| | ~~Woodland Hills, CA 91367-6606~~ | |
| | **Not Mailed pursuant to Judge's instructions re Covid-19** | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/30/2021 | Larry Webb | /s/ Larry Webb |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**